DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABIMBOLA ORUKOTAN,**
Appellant,

v.

**OLUWAFEMI ORUKOTAN,**
Appellee.

No. 4D21-1317

[May 5, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Melinda K. Brown, Judge; L.T. Case No. DVCE21-1543.

Abimbola Orukotan, Hollywood, pro se.

No appearance for appellee.

PER CURIAM.

The order denying the petition for a domestic violence injunction is summarily affirmed. Fla. R. App. P. 9.315(a).

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***